IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **HEATHER MARIE EDICK,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:14-cv-00120-O |
| § | |
| **CAROLYN W. COLVIN,** § | |
| **Acting Commissioner of Social Security,** § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 14. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **DISMISSED with prejudice.**

**SO ORDERED** on this **29th day** of **February, 2016.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**